January 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LARRY RAY SWEARINGEN, Appellant

NO. 14-13-00929-CV                              V.

JOYE M. CARTER, MD, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 30, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Larry Ray Swearingen.

We further order this decision certified below for observance.